# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 02-cr-00485-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    CLAUDE LEFEBVRE,

    Defendant.

## MINUTE ORDER[1]

The court has reviewed defendant's correspondence dated December 29, 2005, and filed January 30, 2006 [#270]. The court has construed this correspondence as defendant's pro se motion to compel the Bureau of Prisons to conform its management of defendant's inmate funds to the payment plan in defendant's judgment and commitment order. Defendant's motion is **DENIED** for lack of jurisdiction and, alternatively, for failure to state a claim on which relief may be granted.

Dated: October 5, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.