**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 02-cr-00485-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    CLAUDE LEFEBVRE,

    Defendant.

## FINAL ORDER OF FORFEITURE AND JUDGMENT

**Blackburn, J.**

This matter comes before the court on the government's **Motion for Final Order of Forfeiture and Judgment** [#287], filed July 3, 2007. The court, after reviewing the motion, FINDS:

THAT the United States commenced this action pursuant to Title 18, United States Code, Section 982(a)(1);

THAT a Preliminary Order of Forfeiture [#197] was entered on December 6, 2004, forfeiting defendant's interest in the following:

    a.    a 1957 Ford convertible Thunderbird automobile, vehicle identification number D7FH127029;

    b.    all United States currency or other monetary instruments credited to the following accounts:

        (1) Bank of Montreal account no. 012768058121 in the name of Mark

Lefebvre (up to the amount of $150,000.00);

(2) Canadian Imperial Bank account no. 01241010 7739133 in the name of G. Parent (up to the amount of $150,000.00);

(3) National Bank of Canada account no. 11741 2168190 in the name of Harriette Pierre (up to the amount of $150,000.00);

(4) Bank of America account no. 005483757616 in the name of Maria Del Carmen Rodriguez (up to the amount of $400,000.00);

(5) Mid Hudson Valley Federal Credit Union account no. 2004010704 in the name of John Mazzuca (up to the amount of $100,000.00);

THAT on July 22, 2005, defendant was sentenced and the order of forfeiture became final as to defendant, Fed.R.CrimP. 32.2(b)(3);

THAT at defendant's sentencing on July 22, 2005, the court inadvertently failed to make the forfeiture part of the sentence and include it in the judgment;

THAT publication was completed and no parties have filed claims;

THAT it further appears that there was cause to issue a forfeiture order under Title 18, United States Code, Section 982(a)(1);

**THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED**:

1. THAT judgment of forfeiture shall enter in favor of the United States pursuant to Title 18, United States Code, Section 982(a)(1), free from the claims of any other party, concerning the following property:

a. a 1957 Ford convertible Thunderbird automobile, vehicle identification number D7FH127029; and

b. all United States currency or other monetary instruments credited to the following accounts:

(1) Bank of Montreal account no. 012768058121 in the name of Mark Lefebvre (up to the amount of $150,000.00);

(2) Canadian Imperial Bank account no. 01241010 7739133 in the name of G. Parent (up to the amount of $150,000.00);

(3) National Bank of Canada account no. 11741 2168190 in the name of Harriette Pierre (up to the amount of $150,000.00);

(4) Bank of America account no. 005483757616 in the name of Maria Del Carmen Rodriguez (up to the amount of $400,000.00); and

(5) Mid Hudson Valley Federal Credit Union account no. 2004010704 in the name of John Mazzuca (up to the amount of $100,000.00); and

2. THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated July 6, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**